SEP 11 2026 AM8:57
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

DARIA D. PHILLIPS

NO. 5-26CR125-

# INFORMATION

The United States Attorney Charges:

Count One
Theft of Government Property
(Violation of 18 U.S.C. § 641)

On or about June 5, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Daria D. Phillips**, defendant, did steal and knowingly convert to her own use and to the use of another, property and a thing of value belonging to the United States government, to wit: a United States Postal Service money order in the amount of $325, knowing the property and thing of value was not hers and with intent to deprive the owner of the use and benefit of the property and thing of value.

In violation of Title 18, United States Code, Section 641.

RYAN RAYBOULD
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806.472.7559
Facsimile: 806.472.7394
E-mail: jeffrey.haag@usdoj.gov